FILED

UNITED STATES DISTRICT COURT 2018 DEC -7 PM 12: 18
FOR THE MIDDLE DISTRICT OF FLORIDA
(Orlando Division)

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

BRYAN P. BARNARD, )
)
Plaintiff, )
)
v. ) CASE NO.:
) 6:18-cv-2108-Orl-28 TBS
GERALD ZEDRECK and )
ROMESBERG TRUCKING, INC., )
)
Defendants. )
_____/

## DEFENDANT, GERALD ZEDRECK'S, NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1332, Defendant, GERALD ZEDRECK, by and through his undersigned counsel, hereby notices the removal of this action to the United States District Court for the Middle District of Florida (Orlando Division). As grounds for removal, Defendant states:

1. On October 15, 2018, Plaintiff BRYAN P. BARNARD ("Plaintiff") commenced this action against Defendant by filing a Complaint in Orange County, Ninth Judicial Circuit Court, Florida. Plaintiff's Complaint was assigned Case No. 2018-CA-011222-O (hereinafter, the "State Court Action"). (See Complaint, attached hereto as Exhibit A).

2. On November 7, 2018, Defendant was served with copies of the Summons, Complaint, Plaintiff's Request for Admissions to Defendant, Gerald Zedreck, Plaintiff's Request to Produce to Defendant, Gerald Zedreck, Notice of

Service of Interrogatories to Defendant, Gerald Zedreck, and Interrogatories to Gerald Zedreck.

3.      Pursuant to 28 U.S.C. § 1332(a), the district courts shall have original jurisdiction of all civil actions where the matter in controversy "is between – (1) citizens of different States . . ." Plaintiff is a citizen of Tavares, Lake County, Florida. (See Complaint at ¶ 2, hereto attached as Exhibit A). Defendant Gerald Zedreck is a resident of Acme, Pennsylvania. (See Exhibit A at ¶ 3). Plaintiff and Defendant are citizens of different States, and therefore, this action meets diversity jurisdiction as Defendant Gerald Zedreck is diverse from Plaintiff.

4.      Defendant Romesberg Trucking, Inc. is a Pennsylvania corporation and has not been served at this time. Diversity jurisdiction shall remain once Defendant Romesberg Trucking, Inc. is properly served. Defendant Gerald Zedreck is an employee of Defendant Romesberg Trucking, Inc.

5.      Pursuant to 28 U.S.C. § 1332(a), "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interests or costs..." Plaintiff alleges in his Complaint that he has suffered bodily injury resulting in permanent or continuing pain and suffering, disability, mental anguish and pain, loss of earnings, and the loss of ability to earn money, as well as substantial medical expenses for treatment and care, past, present, and future. (See Exhibit A, ¶¶ 10, 12). This Court has held that the district court must find, by a preponderance of the evidence, that the amount in controversy is satisfied. See Wilt v. Depositors Ins. Co., 2013 U.S. Dist.

LEXIS 167890 * (M.D. Fla. 2013); see also 28 U.S.C. § 1446(c)(2). This Court has also held that a plaintiff's medical bills can establish the required amount in controversy. Stramiello v. Petsmart, Inc., 2010 U.S. Dist. LEXIS 59119 *9-12 (M.D. Fla. 2010).

6. In recognition of this burden, Defendant offers evidence in its attached Composite Exhibit B, indicating, in pertinent part, that Plaintiff's medical expenses are in excess of $247,940.40. Plaintiff's medical expenses from one date of service at one provider total $129,837.76. Composite Exhibit B establishes, by a preponderance of the evidence, that the amount in controversy in this action exceeds $75,000.

7. Pursuant to 28 U.S.C. § 1441(a), any civil action over which the Federal courts have original jurisdiction, but which is brought in State court, may be removed to the district court of the United States that embraces the place where such action is pending. This removal is to the District Court of the United States for the District and Division that includes Orange County, Florida, the place where the State Court Action is pending.

8. This Notice of Removal is being filed within 30 days after Defendant was served with the Complaint. Accordingly, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

9. Pursuant to 28 U.S.C. § 1446(a), true and legible copies of all process, pleadings, and orders served in the State Court Action as of this date are

attached hereto as Composite Exhibit C.

10. A Notice of Filing of Notice of Removal, attaching a copy of this Notice of Removal, is being filed on this date with the Clerk of the Orange County Ninth Judicial Circuit Court, Florida, and is being served on Plaintiff's counsel as required by 28 U.S.C. section 1446(d). A copy (without attachments) of the Notice of Filing of Notice of Removal filed in the State Court Action is attached hereto as Exhibit D.

11. Undersigned counsel represents Defendant Gerald Zedreck in this action and is authorized to state that Defendant Gerald Zedreck expressly consents to the removal of the State Court Action to this Court.

WHEREFORE, Defendant Gerald Zedreck, respectfully requests that this Notice of Removal be accepted and that the State Court Action be removed to the United States District Court for the Middle District of Florida (Orlando Division).

Respectfully submitted,

_____
CYNTHIA J. KOHN, ESQUIRE
Florida Bar No.: 0720461
MARSHALL, DENNEHEY, WARNER
COLEMAN & GOGGIN
Landmark Center One
315 E. Robinson Street, Suite 550
Orlando, FL 32801-2719
Primary E-mail: cjkohn@mdwcg.com
Secondary E-mail:
rlventura@mdwcg.com
(407) 420-4380 – phone
(407) 839-3008 - fax

Attorney for Defendant

Gerald Zedreck.

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on December 7, 2018, a copy of the foregoing NOTICE OF REMOVAL was served via E-mail, to D. Graham Anderson, BOGIN, MUNNS & MUNNS, P.A., (counsel for Plaintiff), 1390 N. Hancock Road, Suite 201, Clermont, FL 34711, (ganderson@boginmunns.com; mramos-toia@boginmunns.com; aquintana@boginmunns.com; BMMservice@boginmunns.com).

_____
CYNTHIA J. KOHN, ESQUIRE
Florida Bar No.: 0720461
MARSHALL, DENNEHEY, WARNER
COLEMAN & GOGGIN
Landmark Center One
315 E. Robinson Street, Suite 550
Orlando, FL 32801-2719
Primary E-mail: cjkohn@mdwcg.com
Secondary E-mail:
rlventura@mdwcg.com
(407) 420-4380 – phone
(407) 839-3008 - fax

Attorneys for Defendant
Gerald Zedreck