IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND
FOR ORANGE COUNTY, FLORIDA

BRYAN P. BARNARD,

    Plaintiff,

CASE NO.:

v.

GERALD ZEDRECK and
ROMESBERG TRUCKING, INC.,

    Defendants.
_____/

## COMPLAINT

Comes now Plaintiff, BRYAN P. BARNARD, by and through the undersigned attorney and sues Defendants, GERALD ZEDRECK, and ROMESBERG TRUCKING, INC. (hereinafter referred to as "ROMESBERG") and alleges:

1. This is an action for damages in excess of $15,000.00.

2. Plaintiff, BRYAN P. BARNARD, at all times material hereto was a resident of Tavares, Lake County, Florida.

3. Defendant, GERALD ZEDRECK, was at all times material hereto a resident of Acme, Pennsylvania.

4. Defendant, ROMESBERG TRUCKING, INC., is a Pennsylvania Corporation whose registered agent is Roger Romesberg, Jr., 208 West Mud Pike, Rockwood, Pa 15557.

5. At all times material hereto, Defendant, ROMESBERG TRUCKING, INC., was the registered owner of a 2018 Kenwood Truck, bearing vehicle identification number 1XKZD40X7JJ199936.

6. At all times material hereto, Defendant, GERALD ZEDRECK, was driving said truck with the express or implied consent and knowledge of the owner, Defendant, ROMESBERG.

EXHIBIT A

7. The motor vehicle accident giving rise to this cause of action occurred on or about January 16, 2018, at approximately 6:10 a.m. on Interstate 4 Eastbound at or near S. John Young Parkway in Orlando, Orange County, Florida.

8. That at said time and place, Defendant, GERALD ZEDRECK, so negligently and carelessly operated and or maintained said Kenwood truck so as to cause the collision with the vehicle that Plaintiff, BRYAN P. BARNARD, was driving, causing him injuries.

## COUNT I
## NEGLIGENCE AGAINST DEFENDANT, GERALD ZEDRECK

9. Plaintiff, BRYAN P. BARNARD, reiterates, re-alleges, and adopts the foregoing paragraphs 1 through 8 and further alleges:

10. As a direct and proximate result of the negligent operation of the said truck driven by Defendant, GERALD ZEDRECK, the Plaintiff, BRYAN P. BARNARD, has suffered bodily injury, and resulting pain and suffering, disability, mental anguish and pain, loss of earnings, loss of ability to earn money and has incurred substantial medical expenses for treatment and care, past, present and future. Said losses, injuries and expenses are either permanent or continuing in nature and Plaintiff, BRYAN P. BARNARD will continue to suffer same in the future.

WHEREFORE, Plaintiff, BRYAN P. BARNARD demands judgment for damages against Defendant, GERALD ZEDRECK, in an amount exceeding $15,000.00 (Fifteen thousand dollars), together with the costs of this action, and further demands trial by jury on all issues so triable.

## COUNT II
## NEGLIGENCE AGAINST DEFENDANT, ROMESBERG

11. Plaintiff, BRYAN P. BARNARD, reiterates, re-alleges, and adopts the foregoing paragraphs 1 through 8 and further alleges.

12. As a direct and proximate result of the said negligent operation of the said motor vehicle by Defendant, GERALD ZEDRECK, the Plaintiff, BRYAN P. BARNARD, has suffered bodily injury, and resulting pain and suffering, disability, mental anguish and pain, loss of earnings, loss of ability to earn money and has incurred substantial medical expenses for treatment and care, past, present and future. Said losses, injuries and expenses are either permanent or continuing in nature and Plaintiff, BRYAN P. BARNARD will continue to suffer same in the future.

WHEREFORE, Plaintiff, BRYAN P. BARNARD, demands judgment against Defendant, ROMESBERG TRUCKING, INC.., for damages in an amount exceeding $15,000.00 (Fifteen Thousand Dollars), together with the costs of this action, and further demands trial by jury on all issues so triable.

Dated this 15th day of October, 2018.

By: /s/ D. Graham Anderson
D. GRAHAM ANDERSON, ESQ.(FBN:62443)
Bogin, Munns & Munns, P.A.
1390 N. Hancock Road, Suite 201
Clermont, FL 34711
(352)243-8981
Attorney for the Plaintiff
Primary: ganderson@boginmunns.com
Secondary: mramos-toia@boginmunns.com
aquintana@boginmunns.com
BMMservice@boginmunns.com

DISCECTOMY AND FUSION AT C5-C6 AND C6-C7. Enclosed please find additional medical records and bills recently received by my office to assist you in the evaluation of this claim.

**MR. BRYAN BARNARD IS A YOUNG 34 YEAR OLD MAN WHO IS LEFT TO LIVE THE REST OF HIS LIFE IN THIS PAINFUL STATE.**

Mr. Bryan Barnard is still undergoing active treatment and will be incurring additional medical expenses related to this unfortunate accident.

<u>FUTURE MEDICAL TREATMENT:</u> It is reasonably anticipated that Mr. Bryan Barnard will need to seek future chiropractic/orthopedic care given the injuries sustained in the subject accident. His chronicity continues. Mortality tables dictate that Mr. Bryan Barnard has a life expectancy of another fifty one years.

<u>Mr. Bryan Barnard's anticipated future medical expenses are as follows:</u>

Future Physical Therapy
    $2,500.00 per year x 51 years    $ 127,500.00
Surgeons Fees (approximately)    $ 50,000.00
Hospital Fees (approximately)    $ 45,000.00
Anesthesiologist (approximately)    $ 3,800.00
Post surgical brace/belts and physical therapy
(approximately)    <u>$ 10,000.00</u>

        **TOTAL**    $ 236,300.00

<u>**MEDICAL EXPENSES:**</u> Mr. Bryan Barnard has incurred the following expenses due to the injuries he sustained in the accident dated January 16, 2018:

| MEDICAL PROVIDERS | AMOUNT BILLED |
|---|---|
| THE CHIROPRACTIC CENTER | $1,845.00+ |
| CLERMONT RADIOLOGY | $4,800.00 |
| GULFCOAST SPINE INSTITUTE | $108,540.50+ |
| BIOSPINE INSTITUTE | $129,837.75+ |
| WAGE LOSS | $2,883.34+ |
| PRESCRIPTIONS | $33.81 |
| TOTAL | $247,940.40+ |

\*THERE IS NO PIP AVAILABLE MAKING THIS A DOLLAR ONE CLAIM\*

<u>**LOST WAGES/LOSS OF EARNING CAPACITY:**</u> As a result of the motor vehicle accident described herein, Mr. Bryan Barnard, has been unable to carry on his work as he was prior to the accident. Mr. Bryan Barnard has lost time from work due to his injuries and medical

EXHIBIT Composite B

**Make Checks Payable To:**

BioSpine LLC
Po Box 17447
Clearwater, FL 33762-0447
PINELLAS
STATEMENT

| IF PAYING BY CREDIT CARD, FILL OUT BELOW |||
|---|---|---|
| CHECK CARD USING FOR PAYMENT |||
| ☐ Discover   ☐ Mastercard   ☐ Visa |||
| CARD NUMBER | CVV | AMOUNT |
| SIGNATURE || EXP. DATE |
| STATEMENT DATE | PAY THIS AMOUNT $0.00 | ACCOUNT NBR |
| SHOW AMOUNT PAID HERE $ |||

**ADDRESSEE:**
Barnard, Bryan

**REMIT TO:**
BioSpine LLC
Po Box 17447
Clearwater, FL 33762-0447
PINELLAS

☐ Please check box if above address is incorrect or insurance information has changed and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| Date | Patient | Provider | Service | Description of Service | Charge | Insurance Receipt | Patient Receipt | Adjust | Insurance Balance | Patient Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/08/18 | Bryan | Claybrooks | 22551 | NECK SPINE FUSE&REMOV | $45,198.00 | | | | $45,198.00 | $0.00 |
| 05/08/18 | Bryan | Claybrooks | 22552 | ADDL NECK SPINE FUSION | $31,638.60 | | | | $31,638.60 | $0.00 |
| 05/08/18 | Bryan | Claybrooks | 22845 | INSERT SPINE FIXATION DE | $19,404.00 | | | | $19,404.00 | $0.00 |
| 05/08/18 | Bryan | Claybrooks | 22853 | APPLY SPINE PROSTH DEVI | $10,782.00 | | | | $10,782.00 | $0.00 |
| 05/08/18 | Bryan | Claybrooks | 22853 | APPLY SPINE PROSTH DEVI | $10,782.00 | | | | $10,782.00 | $0.00 |
| 05/08/18 | Bryan | Claybrooks | 20930 | SP BONE ALGRFT MORSEL | $4,000.00 | | | | $4,000.00 | $0.00 |
| 05/08/18 | Bryan | Claybrooks | L8699 | Prosthetic Implant NOS | $401.92 | | | | $401.92 | $0.00 |
| 05/08/18 | Bryan | Claybrooks | L8699 | Prosthetic Implant NOS | $3,600.00 | | | | $3,600.00 | $0.00 |
| 05/08/18 | Bryan | Claybrooks | C1713 | Anchor/screw bn/bn,tis/bn Ortl | $1,900.00 | | | | $1,900.00 | $0.00 |
| 05/08/18 | Bryan | Claybrooks | C1713 | Anchor/screw bn/bn,tis/bn Ortl | $1,800.00 | | | | $1,800.00 | $0.00 |
| 05/08/18 | Bryan | Claybrooks | A4649 | Surgical supplies | $331.24 | | | | $331.24 | $0.00 |

| Account Number | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Account Balance |
|---|---|---|---|---|---|---|
| | $129,837.76 | $0.00 | $0.00 | $0.00 | $0.00 | $129,837.76 |

**MESSAGE:**
For billing question, please call 813-443-2108

| Please Pay This AMOUNT >>>> $0.00 |
|---|

** PAYMENT DUE UPON RECEIPT *THANK YOU **
STATEMENT

Page: 1 of 1